Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-11-00275-CR

Jordan T. **PHILLIPS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR6558
Honorable Dick Alcala, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Sandee Bryan Marion, Justice

Delivered and Filed: June 1, 2011

DISMISSED FOR WANT OF JURISDICTION

Appellant appeals from the trial court's order altering and amending the conditions of his deferred adjudication community supervision. This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision conditions. *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). On May 13, 2011, we ordered appellant to show cause why this appeal should not be dismissed for want of jurisdiction. Appellant's attorney filed a

response on May 23, 2011, agreeing that we lack jurisdiction over this appeal. We therefore dismiss the appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH